Case 2:14-mj-00297-VCF   Document 7   Filed 04/24/14   Page 1 of 1

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

District of  NEVADA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   2:14-mj-00297-VCF |
| ZACHARY CARRIERE | ) | |
| | ) | Charging District:   Eastern District of Wisconsin |
| *Defendant* | ) | Charging District's Case No.   0757 2:12CR00184 5 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.  Otherwise, the time and place to appear in that court are:

| Place: | U.S. District Judge Rudolph T. Randa<br>517 E. Wisconsin Ave.<br>Milwaukee, WI | Courtroom No.:  320 |
|---|---|---|
| | | Date and Time:  05/02/14 2:00 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   April 24, 2014

*Judge's signature*

CAM FERENBACH, U.S. MAGISTRATE JUDGE
*Printed name and title*



```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
         COUNSEL/PARTIES OF RECORD

         APR 2 4 2014

       CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:_____ DEPUTY
```